RECEIVED

DEC - 6 2011

TONY R. MOORE, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| THEODORE J. LEE | CIVIL ACTION NO. 3:11-cv-0925 |
| VS. | SECTION P |
| RICHLAND PARISH DETENTION CENTER, ET AL. | JUDGE DONALD E. WALTER |
| | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915A.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this ____ day of _____, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE